1   **ROBERT J. KAVANAGH, Bar ID 013573**
    Law Office of Robert J. Kavanagh, PLLC
2   90 South Kyrene Road, Ste. 1
    Chandler, AZ 85226
3   (480)831-3040
    robertkavanagh@azbar.org
4
    Attorney for Defendant
5

6

7                   IN THE UNITED STATES DISTRICT COURT

8                           DISTRICT OF ARIZONA

9
    UNITED STATES OF AMERICA          )
10                                     )   NO. CR08-612-005-PHX-NVW
            Plaintiff,                 )
11                                     )
            vs.                        )   **DEFENDANT DOBOS' UNOPPOSED**
12                                     )   **MOTION TO AMEND THE FINAL**
    Samuel T. Dobos,                   )   **PRESENTENCE INVESTIGATION**
13                                     )   **REPORT**
            Defendant                  )
14                                     )
    _____  )
15

16          Defendant Samuel Dobos, through counsel, moves this Court for an Order amending the

17   final Presentence Investigation Report (PSR) in this matter. On page 13 at paragraph 52 of the

18   PSR, the report indicates that Defendant Dobos' February 26, 2001 conviction for Possession of

19   Drug Paraphernalia was a felony offense (CR2001-000633, Maricopa County Superior Court,

20   Arizona). However, on August 13, 2001 the Superior Court judge entered an order designating

21   the offense a misdemeanor. See Exh. 1. Whether the offense is a felony or misdemeanor does

22   not affect Defendant's criminal history category. However, the PSR should be amended to

23   reflect the true disposition of Defendant's conviction.

24          Defense counsel conferred with Assistant United States Attorney Kevin Rapp and he

25   agrees that the PSR should be amended to reflect that the conviction was for a misdemeanor

26   offense. Mr. Rapp does not oppose this motion. For the above reasons, Defendant Dobos

27   requests that the Court issue an Order that the PSR should be amended to reflect that the above-

28   described conviction is a misdemeanor offense.

                                        -1-

1

RESPECTFULLY SUBMITTED this 23rd day of September, 2010.

2

By s/Robert J. Kavanagh

3

Attorney for Defendant Dobos

4

5   I certify that on September 23, 2010 I electronically transmitted this document to the Clerk's

6   Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

7

8   Kevin Rapp
    James Knapp

9   Assistant United States Attorneys

10  Copy sent to Judge Neil V. Wake

11  Wake_chambers@azd.uscourts.gov

12

    By s/ Robert J. Kavanagh

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28